Lori **TAYLOR**, In her Own Right and as Parent and Natural Guardian of Ryan E. Taylor, A Minor,

v.

The **WASHINGTON HOSPITAL**, Paul Wodlinger, M.D., Edward Foley, M.D., Individually and T/D/B/A Pediatric Associates of Washington, and Children's Hospital of Pittsburgh,

Petition of Paul Wodlinger, M.D. and Edward Foley, M.D., Individually and T/D/B/A/ Pediatric Associates of Washington.

Supreme Court of Pennsylvania.

Nov. 6, 2002.

## *ORDER*

AND NOW, this 6th day of November, 2002, the Petitions for Allowance of Appeal are hereby **GRANTED, LIMITED** to the following issue:

> Whether Pa.R.C.P. 238(a)(2) places a cap on the time period which must be excluded in the calculation of delay damages under Rule 238(b)(2).

lows that the employer should not enjoy the immunity from suit granted by 77 P.S. § 481. Consequently, the injured worker returns to the protections of the tort system, and may sue the employer for injuries caused by the negligence of the employer.